# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: EDUARDO VAZQUEZ & MAYRA A. PENA  
3575 CORD COURT  
ROCKFORD, IL  61101  

Case Number: 08-70644  
SSN-xxx-xx-9733 & xxx-xx-6452  

Case filed on: 3/5/2008  
Plan Confirmed on: 6/13/2008  

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,075.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 3,500.00 | 3,500.00 | 985.93 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 985.93 | 0.00 |
| 009 | LEVY & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | EDUARDO VAZQUEZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN HOME MORTGAGE SERVICING, INC. | 21,176.28 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 21,176.28 | 0.00 | 0.00 | 0.00 |
| 002 | ASSET ACCEPTANCE CORP | 706.44 | 706.44 | 0.00 | 0.00 |
| 003 | CAPITAL ONE | 1,347.73 | 1,347.73 | 0.00 | 0.00 |
| 004 | CREDIT ONE / VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CREDIT PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | LVNV FUNDING LLC | 658.40 | 658.40 | 0.00 | 0.00 |
| 007 | PREMIER BANKCARD/CHARTER | 375.42 | 375.42 | 0.00 | 0.00 |
| 008 | JEFFERSON CAPITAL SYSTEMS, LLC | 616.85 | 616.85 | 0.00 | 0.00 |
| 010 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | VATIV RECOVERY SOLUTIONS LLC | 420.36 | 420.36 | 0.00 | 0.00 |
| 013 | PEDIATRIC ASSOCIATES OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY INC | 577.26 | 577.26 | 0.00 | 0.00 |
| 016 | ASSET ACCEPTANCE CORP | 467.80 | 467.80 | 0.00 | 0.00 |
| 017 | ASSET ACCEPTANCE CORP | 40.72 | 40.72 | 0.00 | 0.00 |
| 018 | JEFFERSON CAPITAL SYSTEMS, LLC | 3,063.75 | 3,063.75 | 0.00 | 0.00 |
| 019 | JEFFERSON CAPITAL SYSTEMS, LLC | 823.07 | 823.07 | 0.00 | 0.00 |
| 020 | ROCKFORD HEALTH PHYSICIANS | 512.71 | 512.71 | 0.00 | 0.00 |
| 021 | B-REAL LLC | 337.02 | 337.02 | 0.00 | 0.00 |
| 022 | HSBC BANK N/A | 3,084.79 | 3,084.79 | 0.00 | 0.00 |
| 023 | LVNV FUNDING LLC | 1,493.99 | 1,493.99 | 0.00 | 0.00 |
| 024 | THE BUREAUS INC | 1,118.60 | 1,118.60 | 0.00 | 0.00 |
|  | Total Unsecured | 15,644.91 | 15,644.91 | 0.00 | 0.00 |
|  | Grand Total: | 40,321.19 | 19,144.91 | 985.93 | 0.00 |

Total Paid Claimant:       $985.93  
Trustee Allowance:         $89.07  
Percent Paid Unsecured:    0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 12/30/2008           By  /s/Heather M. Fagan